JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VALENZA FLORES, | ) CIVIL NO. 5:19-cv-02445-RGK-KES |
| | ) |
| Plaintiff, | ) [**PROPOSED**] |
| | ) **JUDGMENT** |
| vs. | ) |
| | ) |
| ANDREW SAUL, | ) |
| | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: May 5, 2020

_Karen E. Scott_
HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE