1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOHN V. FLORES,

          Plaintiff,

      v.

ANDREW SAUL, Commissioner of

Social Security,

          Defendant.

Case No. 5:19-cv-02445-RGK-KES

ORDER AWARDING EAJA FEES

    Based upon the parties' Stipulation for Award of EAJA Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. §2412(d) ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of $3020.12, plus $400.00 in costs for filing fees, subject to the terms of the Stipulation.

    IT IS FURTHER ORDERED that EAJA fees are awarded to Plaintiff in the amount of $3020.12, plus costs of $400.00, subject to any federal debt owed by the Plaintiff.  If the Department of the Treasury determines that Plaintiff does not owe a federal debt, the government shall cause the payment of fees be made directly to Eddy Pierre Pierre and/or Pierre Pierre Law, P.C., pursuant to the Assignment

1   executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

2

3   DATED:  <u>March 9, 2021</u>

*Karen E. Scott*

4   KAREN E. SCOTT
   United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28